# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7156**                                **September Term, 2025**

**1:23-cv-03139-AHA**

**Filed On: October 17, 2025** [2140725]

Noble Capital LLC,

        Appellant

   v.

People's Republic of China,

        Appellee

## O R D E R

The notice of appeal was filed on October 14, 2025, and docketed in this court on October 17, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 17, 2025 |
| Docketing Statement Form | November 17, 2025 |
| Entry of Appearance Form (Attorneys Only) | November 17, 2025 |
| Procedural Motions, if any | November 17, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 17, 2025 |
| Statement of Issues to be Raised | November 17, 2025 |
| Transcript Status Report | November 17, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | November 17, 2025 |
| Dispositive Motions, if any | December 1, 2025 |

It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7156**                                              **September Term, 2025**

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 17, 2025 |
| Entry of Appearance Form (Attorneys Only) | November 17, 2025 |
| Procedural Motions, if any | November 17, 2025 |
| Dispositive Motions, if any | December 1, 2025 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Emily K. Campbell
Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

[Civil Docketing Statement Form](#)
[Entry of Appearance Form](#)
[Transcript Status Report Form](#)
[Request to Enter Appellate Mediation Program (Optional)](#)
[Notice Concerning Expedition of Appeals and Petitions for Review](#)
[Stipulation to be Placed in Stand-By Pool of Cases (Optional)](#)