# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. **25-7156**    2. DATE DOCKETED: **10-17-2025**
3. CASE NAME (lead parties only) **Noble Capital LLC** v. **People's Republic of China**
4. TYPE OF CASE:  ☒ District Ct -  ☐ US Civil  ☉ Private Civil  ☐ Criminal  ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ☐ Yes  ☉ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action **23-03139**    Bankruptcy Court Docket No. Bankruptcy _____    Tax Court Docket No. Tax _____
      Criminal _____    Adversary _____
      Miscellaneous _____    Ancillary _____
   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge **Amir H. Ali**    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): **09-15-2025**    e. Date notice of appeal filed: **10-14-2025**
   f. Has any other notice of appeal been filed in this case?  ☐ Yes  ☉ No    If YES, date filed: _____
   g. Are any motions currently pending in trial court?  ☐ Yes  ☉ No    If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ☐ Yes  ☉ No
      If NO, why not?  **Case was decided on the pleadings.**
   i. Has this case been before the Court under another appeal number?  ☐ Yes  Appeal # _____  ☉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes  ☉ No  If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute?  ☉ Yes  ☐ No
      If YES, give popular name and citation of statute **Foreign Sovereign Immunities Act (28 U.S.C. § 1605(a))**
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ☐ Yes  ☉ No    If so, provide program name and participation dates

Signature **/s/ Kenneth Noble**    Date **11-17-25**
Name of Party **Noble Capital LLC**
Name of Counsel for Appellant/Petitioner **Kenneth Noble**
Address **Noble Law PLLC, 1185 Avenue of the Americas, 3rd Floor, New York, NY 10036-6805**
Phone ( **212** ) **324-2525**    Fax ( ___ ) _____

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

I certify that on date hereof the foregoing was electronically filed with the Clerk of Court for the United States Court of Appeals for the District of Columbia by using the CM/ECF system. I certify that all participants in this case are registered users of that system and that service will be accomplished by that system.

Date: November 17, 2025                    By:  /s/ Kenneth Noble
                                                                             Kenneth Noble