# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Noble Capital LLC

v.

People's Republic of China

**Case No:** 25-7156

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Noble Capital LLC

### Counsel Information

**Lead Counsel:** Kenneth Noble
**Direct Phone:** (917) 689-5897  Fax: ( )  Email: knoble@noblepllc.com

**2nd Counsel:** Jason Rubinstein
**Direct Phone:** (202) 772-2233  Fax: ( )  Email: rubinstein@gilbertlegal.com

**3rd Counsel:** Charles Forman
**Direct Phone:** (201) 857-7111  Fax: ( )  Email: cforman@formanlaw.com

**Firm Name:** Noble Law PLLC
**Firm Address:** 1185 Avenue of the Americas, 3rd Floor, New York, NY 10036-6805
**Firm Phone:** (212) 324-2525  Fax: ( )  Email: knoble@noblepllc.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)