No. 25-7156

## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA

NOBLE CAPITAL LLC,

*Plaintiff-Appellant*,

v.

PEOPLE'S REPUBLIC OF CHINA,

*Defendant-Appellee.*

Appeal from the United States District Court
District of Columbia (Case No. 1:23-cv-03139-AHA)

## CORPORATE DISCLOSURE STATEMENT

Kenneth Noble

NOBLE LAW PLLC
1185 Avenue of the Americas, 3rd Floor
New York, NY  10036
(212) 324-2525

*Counsel for Plaintiff-Appellant*

November 17, 2025

1

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiff-Appellant states that no publicly held corporation owns 10% or more of the stock or membership interests in Plaintiff-Appellant Noble Capital LLC.

Respectfully submitted,

NOBLE CAPITAL LLC

Dated: November 17, 2025         By:  /s/ Kenneth Noble
                                      One of Its Attorneys

Kenneth Noble (Bar Id. #66459)
NOBLE LAW PLLC
1185 Avenue of the Americas, 3rd Floor
New York, New York 10036-6805
Telephone: (212) 324-2525
knoble@noblepllc.com

## **CERTIFICATE OF SERVICE**

I certify that on date hereof the foregoing was electronically filed with the Clerk of Court for the United States Court of Appeals for the District of Columbia by using the CM/ECF system. I certify that all participants in this case are registered users of that system and that service will be accomplished by that system.

Date: November 17, 2025         By:   /s/ Kenneth Noble
                                            Kenneth Noble