**No. 25-7156**

---

## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA

---

NOBLE CAPITAL LLC,

*Plaintiff-Appellant*,

v.

PEOPLE'S REPUBLIC OF CHINA,

*Defendant-Appellee.*

---

Appeal from the United States District Court
District of Columbia (Case No. 1:23-cv-03139-AHA)

---

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

---

Kenneth Noble

NOBLE LAW PLLC
1185 Avenue of the Americas, 3rd Floor
New York, NY  10036
(212) 324-2525

*Counsel for Plaintiff-Appellant*

November 17, 2025

Pursuant to Local Rule 28(a)(1) of the United States Court of Appeals for the District of Columbia, Plaintiff-Appellant Noble Capital LLC certifies:

(A)  **Parties and Amici.**  Following is a list of all parties who have appeared before the district court and are parties in this Court:

1.     Noble Capital LLC was the plaintiff before the district court and is the appellant in this Court.

2.     People's Republic of China was the defendant before the district court and is the appellee in this Court.

3.     No intervenors or amici appeared before the district court or, as of the date hereof, in this Court.

(B)  **Rulings Under Review.**  Plaintiff-Appellant, Noble Capital LLC, seeks review of the September 15, 2025 order (ECF 44) of the United States District Court for the District of Columbia, District Judge Amir H. Ali, and the accompanying memorandum opinion (ECF 43), granting the motion of Defendant-Appellee, People's Republic of China, to dismiss this case for lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act.  The district court's decision has not been published in the Federal Supplement but is available at  2025 WL 2643485.

(C)  **Related Cases.**  This case was not previously before this Court or any other court.  This is no other related case involving substantially the same parties

and the same or similar issues.

Respectfully submitted,

**NOBLE CAPITAL LLC**

Dated: November 17, 2025          By: __/s/ Kenneth Noble_____
                                      One of Its Attorneys

Kenneth Noble (Bar Id. #66459)
NOBLE LAW PLLC
1185 Avenue of the Americas, 3rd Floor
New York, New York 10036-6805
Telephone: (212) 324-2525
knoble@noblepllc.com

## **CERTIFICATE OF SERVICE**

I certify that on date hereof the foregoing was electronically filed with the Clerk of Court for the United States Court of Appeals for the District of Columbia by using the CM/ECF system.  I certify that all participants in this case are registered users of that system and that service will be accomplished by that system.

Date: November 17, 2025                By:   /s/ Kenneth Noble

                                       Kenneth Noble