No. 25-7156

## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA

NOBLE CAPITAL LLC,

*Plaintiff-Appellant*,

v.

PEOPLE'S REPUBLIC OF CHINA,

*Defendant-Appellee.*

Appeal from the United States District Court
District of Columbia (Case No. 1:23-cv-03139-AHA)

## STATEMENT OF ISSUES PRESENTED FOR REVIEW

Kenneth Noble

NOBLE LAW PLLC
1185 Avenue of the Americas, 3rd Floor
New York, NY 10036
(212) 324-2525

*Counsel for Plaintiff-Appellant*

November 17, 2025

1

Noble Capital LLC states that the issue presented for review on appeal is whether the order of the district court dismissing this case for lack of subject matter jurisdiction must be reversed because the district court shall have original jurisdiction under 28 U.S.C. §§ 1330(a) and 1605(a)(2) of the breach of contract claims alleged by Noble Capital LLC against the People's Republic of China.

                                              Respectfully submitted,

                                              **NOBLE CAPITAL LLC**

Dated: November 17, 2025          By:  /s/ Kenneth Noble_____
                                                            One of Its Attorneys

Kenneth Noble (Bar Id. #66459)
NOBLE LAW PLLC
1185 Avenue of the Americas, 3rd Floor
New York, New York 10036-6805
Telephone: (212) 324-2525
knoble@noblepllc.com

## **CERTIFICATE OF SERVICE**

I certify that on date hereof the foregoing was electronically filed with the Clerk of Court for the United States Court of Appeals for the District of Columbia by using the CM/ECF system. I certify that all participants in this case are registered users of that system and that service will be accomplished by that system.

Date: November 17, 2025            By:  /s/ Kenneth Noble
                                                                  Kenneth Noble