# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Noble Capital LLC

**v.** People's Republic of China

**Case No:** 25-7156

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

People's Republic of China

### Counsel Information

**Lead Counsel:** Eric A. Shumsky

**Direct Phone:** (202) 339-8464  **Fax:** (202) 339-8500  **Email:** eshumsky@orrick.com

**2nd Counsel:**

**Direct Phone:** (   )    -     **Fax:** (   )    -     **Email:**

**3rd Counsel:**

**Direct Phone:** (   )    -     **Fax:** (   )    -     **Email:**

**Firm Name:** Orrick, Herrington & Sutcliffe LLP

**Firm Address:** 2100 Pennsylvania Ave NW, Washington DC 20037

**Firm Phone:** (202) 339-8400  **Fax:** (202) 339-8500  **Email:** eshumsky@orrick.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)