No. 25-7156

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

NOBLE CAPITAL LLC,

        Appellant,

        v.

PEOPLE'S REPUBLIC OF CHINA,

        Appellee.

**APPELLEE'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

**A.    Parties and Amici.**

The parties that appeared in the district court and that are appearing in this Court are listed herein.

- Noble Capital LLC, Plaintiff-Appellant
- People's Republic of China, Defendant-Appellee

**B.    Rulings Under Review.**

Appellant seeks review of the September 15, 2025 Order and Memorandum Opinion issued by the Honorable Amir H. Ali in the U.S.

1

District Court for the District of Columbia, No. 1:23-cv-03139-AHA (Dkt. Nos. 43, 44).

C.  **Related Cases.**

Counsel is unaware of any related cases in this Court or the District Court.

| November 17, 2025 | Respectfully submitted, |
|---|---|
| | <u>/s/ *Eric A. Shumsky*</u><br>Eric A. Shumsky<br>ORRICK, HERRINGTON &<br>  SUTCLIFFE LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>(202) 339-8400<br>eshumsky@orrick.com |

*Counsel for Appellee*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on November 17, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        */s/ Eric A. Shumsky*
                                        Eric A. Shumsky
                                        *Counsel for Appellee*