# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-7156** | **September Term, 2025** |
| | 1:23-cv-03139-AHA |
| | Filed On: March 3, 2026 |

Noble Capital LLC,

      Appellant

  v.

People's Republic of China,

      Appellee

**BEFORE:**    Wilkins, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of appellee's motion for an extension of time to file its brief, the response thereto, and the reply, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | May 26, 2026 |
| Appellant's Reply Brief | June 16, 2026 |

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
Selena R. Gancasz
Deputy Clerk