# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7156**                    **September Term, 2025**

**1:23-cv-03139-AHA**

**Filed On: May 28, 2026** [2175490]

Noble Capital LLC,

      Appellant

    v.

People's Republic of China,

      Appellee

## O R D E R

Upon consideration of appellee's unopposed motion to supplement the appendix, it is

**ORDERED** that the motion be granted.  The Clerk is directed to file the lodged supplemental appendix.

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

           BY:    /s/
                            Catherine J. Lavender
                            Deputy Clerk