# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7156**                                              **September Term, 2025**

**1:23-cv-03139-AHA**

**Filed On: May 29, 2026** [2175695]

Noble Capital LLC,

        Appellant

    v.

People's Republic of China,

        Appellee

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted.  Appellant's reply brief is now due July 16, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk